UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO Clerk's
Minutes
MINUTES FOR FINAL MATTERS
Before the Honorable Robert H. Jacobvitz

_x_ Jaya M. Rhodes, Law Clerk
__ Chris Wilson, Courtroom Deputy

__ Patti G. Hennessy, Law Clerk

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__

9/19/2013 9:00 AM

TESTIMONY: Y
EXHIBITS: Y

**CASE NAME/NUMBER**: Mundy Ranch, Inc., No. 11-12-13015-j11

Chris Gatton for the Debtor
Dan Behles for Father Robert Mundy

**SUMMARY:**

FH: Father Mundy's Motion to Appoint a Trustee or Examiner or to Convert - Day 2 of 2

The following witness testified:

    David Mettler

The following exhibits were admitted:

    <u>Day 2</u>
        Debtor's Exhibit D was admitted by stipulation

    <u>Day 1</u>
        Father Mundy's Exhibits 100-196 were admitted by stipulation
        Debtor's Exhibits A, B, C, E, F, & G were admitted by stipulation
        The Court took judicial notice of the entries on the docket.

The parties agreed to mediate in good faith. If the parties can't agree to scheduling matters or selection of the mediator, the Court will hold a hearing on short notice.

If the mediation is unsuccessful, counsel for Father Mundy will file something of record indicating that the Court should proceed with its decision on the motion. Father Mundy consented to extending the 15 day period contained in Section 1112 to a date that is 15 days after that document is filed.